DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUCIANO GARCIA-MANDUJANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00241 LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE CHANGE OF PLEA HEARING; ORDER |
| LUCIANO GARCIA-MANDUJANO, | Date:   August 27, 2012 |
| Defendant. | Time:  8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender

Peggy Sasso, Counsel for Defendant Luciano Garcia-Mandujano, that the status conference currently set

for October 1, 2012 at 8:30 a.m., **may be advanced and rescheduled to August 27, 2012, at 8:30 a.m**

**for a change of plea hearing.**

   The parties have entered into a plea agreement and have agreed to set the matter for a change of

plea August 27, 2012.

/ / /

/ / /

/ / /

/ / /

1                                              BENJAMIN B. WAGNER
                                             United States Attorney

2

3 Dated: August 10, 2012               */s/ Karen A. Escobar*
                                             KAREN A. ESCOBAR

4                                              Assistant United States Attorney
                                             Attorney for Plaintiff

5

6                                              DANIEL J. BRODERICK
                                             Federal Defender

7

8 Dated: August 10, 2012               */s/ Peggy Sasso*
                                             PEGGY SASSO

9                                              Assistant Federal Defender
                                             Attorney for Defendant

10                                              LUCIANO GARCIA-MANDUJANO

11

12

13

14

15                                    **ORDER**

16

17 Pursuant to the stipulation, **IT IS SO ORDERED.**

18

19 Dated: <u>August 13, 2012</u>             /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28